1 | GLENN S. LEON
Chief, Fraud Section
2 | BRANDON BURKART (NY. Bar No. 4840674)
Trial Attorney
3 | 1400 New York Avenue, NW
    Washington, D.C. 20530
4 |     Telephone: (202)341-6287
    Facsimile: (202)514-0152
5 |     Email:    Brandon.Burkart@usdoj.gov
ANDREW J. Jaco (Fla. Bar No. A5503040)
6 | Trial Attorney
1400 New York Avenue, NW
7 |     Washington, D.C. 20530
    Telephone: (202)616-8730
8 |     Facsimile: (202)740-0953
    Email:    Andrew.J.Jaco@usdoj.gov
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

11 |                 UNITED STATES DISTRICT COURT

12 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 |                     SOUTHERN DIVISION

14 | UNITED STATES OF AMERICA,          No. 2:23-CR-00338-FWS

15 |         Plaintiff,                 APPLICATION FOR ENTRY OF MONEY
                                       JUDGMENT OF FORFEITURE AGAINST
16 |             v.                     DEFENDANT KI HWAN KIM

17 | KI HWAN KIM,                       Sentencing Date: July 31, 2025
                                       Sentencing Time: 2:30 p.m.
18 |         Defendant.

19 |

20 |

21 |       Plaintiff United States of America, by its undersigned counsel,

22 | respectfully submits this application for entry of a Money Judgment

23 | of Forfeiture against defendant Ki Hwan Kim in the sum of

24 | $242,800.00, pursuant to the plea agreement entered into between the

25 | government and said defendant.  The proposed Money Judgment of

26 | Forfeiture is lodged contemporaneously with this application.

27 |       On August 16, 2023, defendant Ki Hwan Kim entered a guilty plea

28 | in United States v. Ki Hwan Kim, Case No. 2:23-cr-00338-FWS, in which

1  the defendant pled guilty to Count One of the Information, which

2  charged the defendant with Conspiracy to Commit Wire Fraud, in

3  violation of 18 U.S.C. § 371.  In paragraph 2-k of the plea

4  agreement, the defendant agreed to the entry of a money judgment in

5  the amount of $242,800.00, which the defendant admits was derived

6  from the proceeds traceable to the violations described in the

7  factual basis.

8      The defendant's sentencing is scheduled for July 31, 2025, at

9  2:30 p.m.  Accordingly, pursuant to Rule 32.2(b)(4)(B) of the Federal

10 Rules of Criminal Procedure, plaintiff requests that the Court enter

11 the proposed Personal Money Judgment of Forfeiture at or before the

12 time of sentencing and requests that entry of the money judgment of

13 forfeiture be stated orally at sentencing and included by reference

14 on the defendant's judgment and commitment order. Fed. R. Crim. P.

15 32.2(b)(4).  ("The court must include the forfeiture when orally

16 announcing the sentence or must otherwise ensure that the defendant

17 knows of the forfeiture at sentencing," and "include the forfeiture

18 order, directly or by reference, in the judgment.").  Fed. R. Crim.

19 P. 32.2(b)(4)(B).

20     By virtue of the plea agreement and the admissions of the

21 defendant, a money judgment of forfeiture is properly entered against

22 the defendant.  The statutory basis for the forfeiture order is 18

23 U.S.C. § 981(a)(1)(C) (authorizing the forfeiture of proceeds of 18

24 U.S.C. § 371 and proceeds of any specified unlawful activity, as that

25 term is defined at 18 U.S.C. § 1956(c)(7)(A)) and 28 U.S.C. § 2461(c)

26 (authorizing the entry of criminal forfeiture orders, including money

27 judgments, for violations of federal law for which forfeiture

28 authority of any type is provided).

1        For the foregoing reasons, the government respectfully requests

2   that this Court enter the proposed Money Judgment of Forfeiture.

3

4   Dated: February 24, 2025          Respectfully submitted,

5                                     GLENN S. LEON
                                      Chief, Fraud Section
6                                     Criminal Division

7                                     /s/_____
                                      Brandon Burkart
8                                     Trial Attorney
                                      Attorneys for Plaintiff
9                                     UNITED STATES OF AMERICA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28